AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| George Holmes<br>*Plaintiff*<br>v.<br>Inv. J. Fraser, BCSO<br>*Defendant* | )<br>)<br>)   Civil Action No.   9:11-cv-1204-SB<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted and this case is dismissed without prejudice based on frivolousness. The Plaintiff shall take nothing on his complaint filed pursuant to Title 42 U.S.C 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sol Blatt, Jr., Senior United States District Judge.

Date:   June 29, 2011                                          *CLERK OF COURT*

                                                                                      s/H. Hillman
                                                                            *Signature of Clerk or Deputy Clerk*